

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| DAMION BRYC PEREZ, | § | No. 08-23-00314-CR |
| Appellant, | § | Appeal from |
| v. | § | 379th Judicial District Court of |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2022CR7049) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JUNE 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.